AARON HEALY et al., Appellants, *v.* ISAAC BRANDON et al.,
Respondents.

(Argued April 30, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made December 16, 1892, which overruled plaintiff's
exceptions and directed judgment in favor of defendants
upon order dismissing the complaint on trial at Circuit.

*Thomas G. Shearman* for appellants.

*James L. Bennett* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

WILLIAM T. G. WEYMOUTH, Respondent, *v.* THE BROADWAY
AND SEVENTH AVENUE RAILROAD COMPANY, Appellant.

(Argued April 30, 1894 ; decided June 5, 1894.)

APPEAL from judgment of the General Term of the
Superior Court of the city of New York, entered upon an
order made February 6, 1893, which affirmed a judgment in
favor of plaintiff entered upon a verdict.

*Thomas S. Moore* for appellant.

*Thomas P. Wickes* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.